***E-FILED 03-31-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APRIL BROWN,<br><br>        Plaintiff,<br>  v.<br><br>MESSERLI & KRAMER, P.A.; and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____/ | No. C11-00064 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINE FOR PLAINTIFF'S CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Because defendant has not yet appeared, and in view of plaintiff's request for waiver of service (Docket No. 5), the initial case management conference set for April 5, 2011 is **continued to May 31, 2011, 1:30 p.m.** in Courtroom 2. All related deadlines are adjusted accordingly.

Additionally, **no later than April 11, 2011**, **plaintiff shall file either:** (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: March 30, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1    5:11-cv-00064-HRL Notice has been electronically mailed to:

2    Lara Ruth Shapiro    shapiro.lara@gmail.com

3    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

2