**\*E-FILED 05-13-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APRIL BROWN, | No. C11-00064 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| MESSERLI & KRAMER, P.A.; and DOES 1-10, inclusive, | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Accordingly, all scheduled deadlines and court appearances are vacated.

**On or before June 13, 2011**, plaintiff shall file a dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 28, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than June 21, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1  need not file a joint statement in response to this Order.

2      SO ORDERED.

3  Dated:    May 13, 2011

4                                    HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

2

1  5:11-cv-00064-HRL Notice has been electronically mailed to:

2  Lara Ruth Shapiro        shapiro.lara@gmail.com, larashapirolawoffice@gmail.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California