**E-FILED 06-29-2011**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APRIL BROWN,<br><br>      Plaintiff,<br><br>  v.<br><br>MESSERLI & KRAMER, P.A.; and DOES 1-10, inclusive,<br><br>      Defendants.<br>_____/ | No. C11-00064 HRL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND WHY COUNSEL SHOULD NOT BE SANCTIONED** |

      On May 12, 2011, plaintiff informed the court that the parties reached a settlement and that a dismissal would be filed within 30 days. Plaintiff was given until June 13, 2011 in which to file a dismissal. If no dismissal was filed by that date, then a show cause hearing was set for June 28, 2011, with a show cause response due by June 21, 2011. (Docket No. 8, May 13, 2011 Order to Show Cause). No dismissal was filed. No response to this court's May 13, 2011 Order to Show Cause was filed either. And, there was no appearance at the June 28, 2011 show cause hearing.

      Accordingly, plaintiff's counsel Lara Shapiro shall appear in person before the court on **July 12, 2011, 10:00 a.m.** and show cause why this case should not be dismissed and why she

1  should not be sanctioned for failure to comply with this court's order.

2  SO ORDERED.

3  Dated: June 29, 2011

4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00064-HRL Notice has been electronically mailed to:

Lara Ruth Shapiro     shapiro.lara@gmail.com, larashapirolawoffice@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.