*E-FILED 07-11-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APRIL BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>MESSERLI & KRAMER, P.A.; and DOES 1-10, inclusive,<br><br>    Defendants._____/ | No. C11-00064 HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Plaintiff having voluntarily dismissed this action, the court's June 29, 2011 Order to Show Cause is discharged and the July 12, 2011 show cause hearing is vacated. The clerk shall close this file.

SO ORDERED.

Dated:   July 11, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00064-HRL Notice has been electronically mailed to:

Lara Ruth Shapiro     shapiro.lara@gmail.com, larashapirolawoffice@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.